Jocko v Tjm Syracuse, LLC (2024 NY Slip Op 02464)

Jocko v Tjm Syracuse, LLC

2024 NY Slip Op 02464

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

378 CA 23-01781

[*1]TIARA JOCKO, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, PLAINTIFF-RESPONDENT,
v
TJM SYRACUSE, LLC, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. 

BOND, SCHOENECK & KING, PLLC, SYRACUSE (ADAM P. MASTROLEO OF COUNSEL), FOR DEFENDANT-APPELLANT.
VIRGINIA & AMBINDER, LLP, NEW YORK CITY (JAMES E. MURPHY OF COUNSEL), AND GATTUSO & CIOTOLI, PLLC, FAYETTEVILLE, FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered June 9, 2023. The order, insofar as appealed from, granted the motion of plaintiff for summary judgment on liability and denied the motion of defendant TJM Syracuse, LLC insofar as it sought summary judgment dismissing plaintiff's first cause of action and to limit plaintiff's damages. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court